## Case No. 17,169.
### WARE v. The BRANDON.

[Nowhere reported; opinion not now accessible.]